Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.; | Case No.: C08-5547 SBA |
|---|---|
| Plaintiffs, | **AMENDED NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| SAINZ DRYWALL INTERIORS dba SAINZ DRYWALL, INC., a California Corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against defendant SAINZ DRYWALL INTERIORS dba SAINZ DRYWALL, INC. Defendant has neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendant.

/ / /

/ / /

/ / /

/ / /

1  It is therefore requested that this action be dismissed without prejudice.

2  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

3 entitled action, and that the foregoing is true of my own knowledge.

4  Executed this 24th day of February, 2009, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date:_2/26/09    _____*Sandra B. Armstrong*_____
                 UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On February 24, 2009, I served the following document(s):

**AMENDED NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Randy A. Sainz**
**Agent of Service of Process**
**Sainz Drywall, Inc.**
**29461 South Chrisman Road**
**Tracy, CA 95304**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of February, 2009, at San Francisco, California.

_____/s/_____
Qui X. Lu